UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1:17-bk-04190-HWV |
| ANGEL OROSCO, JR. And His Wife, JENNIFER MARIE OROSCO, Debtors | : CHAPTER 13 |
| JONESTOWN BANK AND TRUST COMPANY, Movant | : |
| vs. | : |
| ANGEL OROSCO, JR. And His Wife, JENNIFER MARIE OROSCO, And CHARLES J. DEHART, III, TRUSTEE, Respondents | : |

## ORDER OF TERMINATION

**AND NOW,** after consideration of motion of Jonestown Bank & Trust Co. for relief from automatic stay pursuant to 11 U.S.C. §362, and good cause having been shown, it is **ORDERED** that the automatic stay of §362(a) and the co-debtor stay of §1301 of the Bankruptcy Code is terminated as to Jonestown Bank & Trust Co., which may proceed to enforce its Mortgage by proceeding with its state remedies against the real property located at 139 East Maple Street, Lebanon, Pa., and 2015 Hill Street, Lebanon, Pa.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge
(JG)

Dated: November 29, 2017