**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ANGEL OROSCO JR and JENNIFER MARIE OROSCO | : : : : : | Case No: 17-bk-04190-HWV CHAPTER 13 |
| Debtors. | | |

**APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR ADMINISTRATIVE COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW comes Attorney, Patrick J. Best, Esquire, of ARM Lawyers, who respectfully applies for approval of Administrative Compensation as Chapter 13 Debtor's Counsel and for reimbursement of expenses pursuant to 11 U.S.C. §330 as follows:

1. Applicant is counsel for Debtor.

2. Debtor filed a Chapter 13 Voluntary Petition for Bankruptcy on October 6, 2017.

3. Applicant previously filed a Disclosure of Compensation of Attorney for Debtors pursuant to Fed.R.Bankr.P. 2016(b), a copy of which is heretofore attached as "Exhibit A" to this Application.

4. Due to a change in financial circumstances, Debtor is planning to convert this bankruptcy to a Chapter 7. As such, the undersigned requests payment prior to said conversion.

5. This Application is a Final Application.

6. *(Check all applicable items)*:

    a. ___ Debtors Chapter 13 Plan was initially confirmed on N/A.

    b. ___ The Order approving a Post-Confirmation modification of the Debtors' confirmed Chapter 13 Plan was entered on N/A.

    c.  X  The Debtor has not confirmed a Plan.

7. The dates and amounts of previous compensation paid are:

    a. As a retainer $1,207.00;

    b. Paid by the Chapter 13 Trustee through a confirmed Plan: $0.00;

    c. Other: _____.

8. Compensation previously approved by the Court following the filing of an interim Application are: N/A.

9. Applicant requests compensation in the amount of $1,223.38 and reimbursement of expenses in the amount of $179.12 for the period of October 6, 2017 to the conclusion of the Debtor's bankruptcy consistent with the Presumptively Reasonable Fee of $4,000. As the Applicant requests the Presumptively Reasonable Fee, no itemization of services has been provided. One will be provided upon request.

10. *(Check one)*

    a. _X_ Debtors have reviewed this Application prior to its filing and have approved the requested amounts.

    b. ___ Debtors have reviewed this Application prior to its filing and have not approved the requested amounts.

    c. ___ Debtors have not reviewed this Application prior to its filing.

    d. ___ Debtors have not approved the requested amounts.

11. Objections are pending to the following prior fee applications: N/A.

**WHEREFORE**, your Applicant respectfully requests this Honorable Court to approve the requested administrative compensation in the amount of $1,223.38 and reimbursement of expenses in the amount of $179.12 pursuant to 11 U.S.C.§330, and if this is a Final Administrative Fee Application, to determined that all prior interim orders are final.

Date: April 11, 2018

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
Attorney for Debtor