IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANGEL OROSCO, JR. and JENNIFER MARIE OROSCO fka JENNIFER MARIE STEINER, Debtors | : : : : : | CHAPTER 13 CASE NO. :1-17-bk-04190HWV |
| CHARLES J. DEHART, III, TRUSTEE Objectant | : : : | |
| vs | : : : | |
| PATRICK BEST, Respondent | : : | |

**TRUSTEE'S OBJECTION TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR ADMINISTRATIVE COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 2nd day of May 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee by and through his attorney James K. Jones, and objects to the Application of Attorney for Chapter 13 Debtors for Administrative Compensation and Reimbursement of Expenses for the following reasons:

1. Trustee believes and therefore avers that the Application of Attorney for Chapter 13 Debtors for Administrative Compensation and Reimbursement of Expenses does not comply with Local Bankruptcy Rule 2016-1(a)(5) and (6). More specifically, the Fee Application fails to include a chronological listing of services performed as well as an itemization of the expenses for which reimbursement is requested.

WHEREFORE, the Trustee respectfully requests this Honorable Court to deny payment of attorney fees by the Trustee as an Administrative Expense through the unconfirmed Plan as proposed in the Application of Attorney for Chapter 13 Debtors for Administrative Compensation and Reimbursement of Expenses.

Respectfully submitted,

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

BY:   /s/ James K. Jones
       Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 2nd day of May 2018, I, Amy S. Powell, hereby certify that I served a copy of this Objection either electronically or by depositing the same in the United States Mail, at Hummelstown, Pennsylvania, postage prepaid, first class, addressed to the following:

Patrick Best, Esquire
18 North 8th Street
Stroudsburg, PA  18360
Email: patrick@armlawyers.com

/s/ Amy S. Powell
Paralegal to Charles J. DeHart, III
Standing Chapter 13 Trustee